**Electronically Filed
Supreme Court
SCWC-20-0000097
24-SEP-2021
09:59 AM
Dkt. 3 ODAC**

SCWC-20-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KALANI UYEMURA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000097; CASE NO. 3DCW-19-0000763)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Kalani Uyemura's

application for writ of certiorari filed on August 22, 2021, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 24, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

